# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

CA NO.                    58

**MARISOL CABRERA**
    **Plaintiff,**

v.

**SGT. JOAQUIN KILSON, and the**
**FITCHBURG POLICE DEPARTMENT, and**
**MR. PHILIP RIVERS and RICHARD HAJJAR,**
    **Defendants,**

# 05-40031

## NOTICE OF REMOVAL

To:    **United States District Court**
        **District of Massachusetts**

The petition of the defendants, assert:

1.    On or about January 31, 2005, plaintiff commenced a civil action against the defendants in the Superior Court of the Commonwealth of Massachusetts, County of Worcester, entitled **Marisol Cabrera v. Sgt. Joaquin Kilson, et al,** Worcester Superior Court CA No. 05-0156C. A copy of the Complaint, and the Summons served on the defendant, Joaquin Kilson is attached hereto.

2.    The above-described action is a civil action of which this Court has original jurisdiction under the provisions of 42 U.S.C. Section 1983, and is one which may be removed to this Court by the defendants pursuant to the provisions of 28 U.S.C. Section 1441. This is an action alleging claims including those arising out of the Constitution of the United States. The defendants file this Notice of Removal within thirty (30) days of receipt of plaintiff's Complaint and service of Summons upon them pursuant to 28 U.S.C. Section 1446(b).

3.    Written notice of the filing of this Notice shall be promptly served upon the plaintiff and filed with the Clerk of the Worcester County Superior Court pursuant to 28 U.S.C. Section 1446(d).

1

**FILING FEE PAID:**
RECEIPT #___40451 7___
AMOUNT $___250 ⁻___
BY DPTY CLK___KM___
DATE___2·18·05___

4.    Pursuant to Local Rule 81.1 of the United States District Court for the District of Massachusetts, the defendants shall file certified or attested copies of all records and proceedings in the state court and certified or attested copies of all docket entries in the state court with this Court.

**WHEREFORE,** petitioners respectfully pray that the action now pending against them in the Superior Court of the Commonwealth of Massachusetts in and for the County of Worcester, be removed to the United States District Court for the District of Massachusetts.

Signed and sworn to under the penalties of perjury this _15th_ day of _February_, 2005.

Defendants,
By their Attorney,

Douglas I. Louison/BBO# 545191
Stephen C. Pfaff BBO# 553057
MERRICK, LOUISON & COSTELLO
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

### CERTIFICATE OF SERVICE

I, Stephen C. Pfaff, hereby certify that on the _15th_ day of _February_, 2005, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to **John Bosk, Esquire,** PO Box 486, Fitchburg, MA 01420, Nancy Frankel Pelletier, Esquire, Robinson Donovan, P.C. 1500 Main Street, P.O. Box 15609, Springfield, MA 01115 and George Watts, Esquire George Watts Law Office, 169 Prichard Street, P.O. Box 7661, Fitchburg, MA 01420.

Stephen C. Pfaff

2

# COMMONWEALTH OF MASSACHUSETTS

**WORCESTER, SS.**

*A True Copy
Attest.
Maury Stone
Special Process Server
1-27-05*

**SUPERIOR COURT
DEPARTMENT OF THE
TRIAL COURT
CIVIL ACTION**

No. 05-0156C

|  |  |  |
|---|---|---|
| Marisol Cabrera | Plaintiff (s) | ) |
|  | | ) |
|  | | ) **SUMMONS AND** |
|  | | ) **ORDER OF NOTICE** |
| v. | | ) |
|  | | ) |
| Sgt. Joaquin Kilson and the | Defendant (s) | ) |
| Fitchburg Police Department and Mr. Philip Rivers | | |
| and Richard Hajjar | | |

To the above-named Defendant: Sgt. Joaquin Kilson , FPD, 20 Elm St.,Fitchburg

You are hereby summoned and required to serve upon
John Bosk
plaintiff's attorney, whose address is ..........PO Box 486, Fitchburg, MA 01420..........................
an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the SUPERIOR COURT at WORCESTER, either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WE ALSO NOTIFY YOU that application has been made in said action, as appears in the complaint, for a preliminary injunction and that a hearing upon such application will be held at the court house at said    Worcester    in the    "A"    session without jury of our said court on    Monday    the    31st    day of January    A.D. 20 05    at 2:00 PM o'clock AXMX at which you may appear and show cause why such application should not be granted.

Witness, Barbara J. Rouse, Esquire, at Worcester, the    28th    day of    January in the year of our Lord two thousand and five.



*Clerk*

NOTES:
1. This summons is issued pursuant to Rules 4 and 65 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

COMMONWEALTH OF MASSACHUSETTS

**FILED**

WORCESTER, SS

JAN 2 8 2005

ATTEST: _Frances A. Ford_
CLERK

SUPERIOR COURT
CV# 05 _____

05-0156C

*Short Order*
*1/31/05*
*Judge Agnes*

MARISOL CABRERA ,
          Plaintiff )

v

Sgt. Joaquin Kilson
and the Fitchburg Police
Dept. &
Mr. Philip Rivers &
Mr. Richard Hajjar,
          Defendants)

**EX PARTE**
APPLICATION FOR A CIVIL RIGHTS
RESTRAINING ORDER
&
<u>VERIFIED COMPLAINT</u>

*1/28/05  SO~ To issue*
*Returnable 1/31/05*
*@ 2PM in room 12*
*(Agnes, J.)*
*Attest: Joanne C. Lauer*
*Asst Clerk*

The Plaintiff requests this Court issue an immediate,
emergency Civil Rights Restraining Order against the defendants
Sgt. Joaquin Kilson and members of the Fitchburg Police Dept. and
landlords Philip Rivers and Richard Hajjar enjoining them from
interfering with and/or violating the following civil rights of the
plaintiff Marisol Cabrera:

1. The right to equal protection of the law.
2. The right to procedural and substantive due process.
3. The right to be free from false arrest, false imprisonment
   and abuse of criminal process.
4. The right to be free from warrantless entry and arrest.
5. The right to quiet enjoyment of residency.
6. The right to be free from threats,coercion, harrassment and
   intimidation for exercising her rights to the above.

<u>PARTIES</u>

Marisol Cabrera is a resident of the Commonwealth and a
citizen of the United States. She is a disabled person who is

2

receiving SSI and who has a lawfully established tenancy at 168
Lunenburg Street in Fitchburg. She speaks fluent English and
Spanish.

Sgt. Joaquin Kilson is a member of the Fitchburg Police Dept.
who is currently assigned to the "STRAIT" team, a federally funded
task force made up of officers from the Fitchburg Police Dept.

Philip Rivers and Richard Hajjar are the Landlords of 168
Lunenburg Street in Fitchburg.

VERIFIED COMPLAINT

1. Since September of 2004, Marisol Cabrera has been a roomate of
   Leonardo Darosa at 168 Lunenburg Street in Fitchburg.
2. Leonardo Darosa is a lawfully seized tenant renting from the
   landlords. He is a tenant at will. He speaks only Portugese.
3. Marisol Cabrera has paid over $ 1500 in rent to Leonardo Darosa
   as his roomate, and Leonardo made cash payments with this rent
   to the landlord.
4. Marisol Cabrera made a complaint to the Fitchburg Board of
   Health in December regarding health code violations at the
   apartment building.
5. Shortly after she made her complaint to the Board of Health,
   Leonardo Darosa was served an eviction notice alleging
   prostitution and drug dealing at the house. No arrests had
   been made or complaints filed at this address.
6. After that, Landlord and his agents began coming to the property
   demanding that Marisol Cabrera leave immediately they would call
   the police and have her removed.
7. Marisol Cabrera asserted her rights and refused to leave, as her
   rent was paid and no eviction process had been brought against
   her.

3

8. She advised Leonardo Darosa that his rights were also being
   violated and that they were entitled to due process of law.
9. On or about January 7, 2005, officers from the Fitchburg
   Police department came to the apartment and told Marisol
   Cabrera she had to leave immediately or she would be arrested
   for trespassing. They told her "Pack your stuff right now!"

10. She told them she knew her rights and she called the Mayor,
    the Fitchburg Sentinel, the Police Department, and her
    counsel to publish her complaint.
11. On or about January 8, 2005 the same two officers returned
    and repeated their demand. She told them that she was a lawful
    tenant and was not leaving.
12. On or about January 8, 2005 her counsel filed a letter with
    the Officer in Charge of the Fitchburg Police Dept. and mailed
    a copy to the Chief of Police with exhibits attached explaining
    that Marisol Cabrera was not a trespasser as alleged and that
    she was a lawful tenant with rights. [See exhibits A attached]
13. On or about January 25 at about 6:30 pm, Sgt. Joaquin Kilson
    and another Fitchburg Police officer entered the apartment
    without an arrest warrant, a search warrant, or a signed
    complaint and arrested Marisol Cabrera in her own bedroom
    for trepassing thereon. They threatened to arrest her
    again if she returned to the apartment. They seized her
    car registration and refused to return it to her and threatened
    to tow her car away, making her both homeless and without
    transportation.
14. She had to post $40 personal recognizance and must now
    defend herself from spurious criminal charges. [See
    Exhibit B attached].

4

15. As of this date, no civil process has ever issued against
    Marisol Cabrera for eviction or summary process.

16. As of this date, the only crime alleged to have occurred
    during the occupancy was the alleged act of trespass.

17. Marisol Cabrera is subject to the threat of arrest for
    asserting her right to domicile.

18. Marisol Cabrera has been denied due process of law and
    had been discriminated against by the landlord and the
    Fitchburg Police and denied equal protection of law.

19. There is no reliable indication that the Fitchburg Police
    will refrain from continuing to harrass, intimidate and
    coerce Marisol Cabrera in the absence of an injunction;
    it is clear that they will not otherwise obey the law.

20. The landlord has circumvented the due process rights of
    Marisol Cabrera by enlisting the aid of the police to
    use criminal process to evict a lawful tenant.

WHEREFORE, THE PLAINTIFF PRAYS THIS COURT ISSUE AN IMMEDIATE
TEMPORARY RESTRAINING ORDER AGAINST THE DEFENDANTS PROHIBITING
THEM FROM VIOLATING HER RIGHTS OR SUBJECTING HER TO CRIMINAL
ARREST DURING THE PENDENCY OF THESE PROCEEDINGS AND GRANTING
HER A SPEEDY HEARING FOR THE ISSUANCE OF A PERMANENT INJUNCTION.

    I VERIFY THAT THE FACTS ALLEGED IN THIS APPLICATION FOR A TRO
AND COMPLAINT ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF
SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY

January 27, 2005

Marisol Cabrera



# John A. Bosk

**Attorney at Law**
P.O. Box 486
Fitchburg. Massachusetts 01420

(978) 342-450
Fax (978) 342-455

Officer in Charge &
Chief Edward Cronin
Fitchburg Police Dept.
20 Elm St.
Fitchburg

re: Marisol Cabrera
BY HAND AND FAX

January 8, 2004

Dear Chief Cronin,

Please be advised that I represent Ms. Marisol Cabrera.

Ms. Cabrera informs me that on several occasions, members of the Fitchburg Police have come to her residence at the request of her landlord and threatened to arrest her for trespassing <u>in her residence</u> .

She is currently a tenant at 168 Lunenburg Street, and has been for some time. She has paid rent, but the landlord, Mr. Phil Rivers, has decided not to accept any more rent and is trying to use your officers and the threat of arrest to avoid civil process and proceed "informally".

As she is a tenant with certain legal rights, I'm sure you will advise your officers not to engage in any further threats or coercion directed toward evicting Ms. Cabrera.

As evidence in support of her proof of tenancy, I am providing you with the following: an insurance invoice, a bank statement, a letter from the RMV, and a copy of an envelope from the A.G. .

I have left a copy of this with the Officer in Charge as it is now Saturday afternoon and you may not receive this before business on Monday.

Yours very truly,

John Bosk

# Pilgrim Insurance Company

## Automobile Insurance Invoice

**Date Issued: 10/6/2004**

| Policy Period | Policy Number | Payment Due Date |
|---|---|---|
| 9/27/2004 to 9/27/2005 | UMA 1178809 00 | 11/06/2004 |

**Agent: 3800101**

**Policyholder:**

MARISOL CABRERA
168 LUNENBURG ST
FITCHBURG MA  01420-4554

New Worcester Insurance Agency, Inc.
423 Main Street
Fitchburg, MA 01420-7804
(978) 342-6600

Please notify your agent promptly of any change of address or policy coverage.

Office of Attorney General Thomas F. Reilly
One Ashburton Place
Boston, MA 02108
http://www.ago.state.ma.us

Marisol Cabrera
168 Louisburg St
Fitchburg, MA 01430

00.37°

FITCHBURG, MA 01420
978-342-7362

12/3/04

TO ALL TENANTS
168 LUNENBURG STREET
FITCHBURG, MA 01420

DEAR TENANTS,

WE HAVE RECENTLY HAD OUR INSURANCE INSPECTION OF THE BUILDING AND HAVE BEEN ADVISED THAT THE TRASH IN THE HALLWAYS NEEDS TO BE REMOVED. THIS INCLUDES ANY AND ALL DEBRIS, EMPTY BOTTLES, FURNITURE AND MISCELLANEOUS ITEMS.

THERE ARE STORAGE BINS IN THE BASEMENT THAT ARE AVAILABLE, YOU WILL NEED TO PROVIDE YOUR OWN LOCK AND KEY.

PLEASE BE ADVISED THAT ALL HALLWAYS HAVE TO BE CLEANED OUT BEFORE 12/10/04.

THANK YOU,

PHIL & RICK

# Sovereign Bank

STATEMENT OF ACCOUNTS

112851 -13373
**MARISOL CABRERA**
**168 LUNENBURG ST APT 1R**
**FITCHBURG MA 01420**

**BASIC SAVINGS**

*For your convenience our Customer*
*Service Center is available 24 hours a*
*day, 7 days a week.*
*Call us at 1-877-SOV-BANK (1-877-768-2265).*
*www.sovereignbank.com*

*1 0-36-0*

### Please note:

We may report information about your account to credit bureaus. Late
payments, missed payments, or other defaults on your account may be
reflected in your credit report.

### Happy Holidays from Sovereign Bank!

Wishing you and your family a joyous Holiday Season and a prosperous
New Year. We look forward to serving you in the upcoming year.

DEPOSITS INSURED BY FDIC     EQUAL OPPORTUNITY LENDER          *64600057232*

# The Commonwealth of Massachusetts
## Registry of Motor Vehicles
## P.O. Box 199100. Boston, MA 02119-9100
### www.mass.gov / rmv

Customer Service (617) 351-450C
For Help with Suspensions
Please dial (617) 351-7200

01/05/05

CABRERA, MARISOL                              DOB: 11/04/72
APT 1R
168 LUNENBURG ST
FITCHBURG, MA 01420-4554


REGISTRATION NUMBER: PAN 83GS37  R


    You are hereby notified that effective 01/15/05, the motor vehicle
registration listed below will be revoked without further notice as a result
of your liability insurance being cancelled.

        Insurance Company: PILGRIM INSURANCE COMPANY
            Policy Number: 1538UMA197880900
   Policy Cancellation Date: 12/13/2004
            Registration: 83GS37
                    VIN: 1FMDU34X2NUC32318

    The Registry of Motor Vehicles has been notified by your insurance
company, shown above, that your motor vehicle insurance policy has been
cancelled thereby invalidating the listed registration. Massachusetts law
requires that you must, at all times, maintain a Massachusetts motor vehicle
liability insurance policy in order to operate your motor vehicle on the ways
of the Commonwealth.

    If you have not obtained a new Massachusetts insurance policy or you elect
not to obtain new Massachusetts insurance, or you have moved out of state, you
must cease operation of your motor vehicle and you must surrender your
registration and plates at the nearest Registry of Motor Vehicles' office
immediately. Otherwise, you are required, with the help of your agent/insurance
company, to have your insurance company electronically submit proof of insurance
coverage to the Registry of Motor Vehicles prior to the effective revocation
date shown above. If you do not obtain a new Massachusetts insurance policy
until after the revocation date, you must obtain a stamped RMV-3 form from your
agent/insurance company. You will have to pay the appropriate registration
reinstatement fee of $50.00.

    You may request a hearing concerning the matter at the RMV branches located
in Brockton, Worcester, Springfield, Lawrence, or 630 Washington St., Boston.
If you are aggrieved by a decision or order of the Registrar you may, within 10
days of the effective date of the Registrar's order, appeal to the Board of
Appeal on Motor Vehicle Liability, Policies and Bonds, One South Station, 5th
Floor, Boston, MA 02110. You can also download an appeal application from their
website at  WWW.STATE.MA.US\DOI  or call them at 617-351-9710. No appeal will
stay the revocation order and you must still comply with the above directive to
turn in your registration forthwith.

    Remember, you must immediately cease operation of your motor vehicle if it
is not properly insured.

                        Kimberly Hinden, Registrar

# COMMONWEALTH OF MASSACHUSETTS
## THE TRIAL COURT
### SUMMARY PROCESS SUMMONS AND COMPLAINT

**Housing Court Department**
**Worcester County Division**

Serve to Tenant by: Jan 10, 2005

Entry Date (file with Court by): Jan 17, 2005
($135.00 filing fee required)

THIS IS A COURT NOTICE OF A PROCEEDING TO EVICT YOU. PLEASE READ IT CAREFULLY.
IMPORTANT ESTE DOCUMENTO ES UNA NOTICIA DE UNA CORTE RESPECTO A PROCEDIENTES PARA DESAOJARLE

TO Leonardo Darosa _____ TEL# _____

ADDRESS 168 Lunenburg St _____ CITY Fitchburg ___ ZIP 01420

You are hereby summoned to appear before the Judge of the Worcester County Housing Court at the time and place listed below.

DAY Friday ____ DATE Jan 28 2005 _____ TIME 9:00 A.m

COURT ADDRESS ___ Elm St _____ TOWN Fitchburg ___ ROOM _____

to answer the complaint of: LANDLORD/OWNER Philip M Rivers / Richard Hebert or 920342 7E

STREET 159 Lunenburg St _____ CITY Fitchburg _____ ZIP 01420

that you occupy the premises at 168 Lunenburg St unlawfully and against the right of said

landlord because: 30 day notice you were given has expired

_____ and further that $ 500.00 rent is owed according to the following account:

| Month | Amount owed |
|-------|-------------|
| January/05 | 500.00 |
| | |
| | |
| | |

_____ V. Hean
Presiding Justice

_____ a. Rivera
Clerk Magistrate

Date Jan 03 2005

Philip M Rivera
Signature of Plaintiff or Attorney

NOTICE TO OCCUPANTS: At the hearing on Jan 28, 2005 you or your attorney must appear in person to present your defense. You or your attorney must also file (deliver or mail) a written answer to this complaint (answer forms are available in the Clerk's office). You must file (deliver or mail) the answer to the court clerk and deliver or mail a copy to the landlord or landlord's attorney at the address shown on the back of this form. The answer must be received by the court clerk and the landlord or the landlord's attorney no later than the Monday after the entry date Jan 24, 2005. If you do not file and serve an answer, or if you do not defend at the time of the hearing, judgment may be entered against you for possession and the rent is requested in this complaint.

the landlord does not file the original of this form in court on or before the entry date listed on this form, the court will not schedule the case for trial.

notification parp las personas de habla hispana: si usted no puede leer ingles. Tenga este documento legal reducido cuanto antes!

02/01/05   TUE 16:40 FAX 18160421000   FITCHBURG POLICE DEPT

# Massachusetts Registry of Motor Vehicles
## RMV-1 Application Form
www.mass.gov/rmv

| 1. REG. EFF. DATE | | 2. __ DATE | 4. ☐ ST (Salvage Title) ☐ TO (Title Only) | ☐ RT (Registration & Title) ☐ SW (Summer/Winter Swap) | ☐ RR (Registration Only) ☐ SS (Surviving Spouse) | ☐ RX ☐ TAR (Title __) |

| 5. Plate Type | 6. Registration Number | 7. Previous Title # A 5 5 6 2 9 0 7 | 8. State MA |

9. Type of Registration: ☑Passenger ☐Bus ☐Taxi ☐Livery ☐Commercial
☐Trailer ☐Auto Home ☐Semi-Trailer ☐Motorcycle ☐Other ___

10. Vehicle Identification Number: 1 F M D U 3 4 X 2 N 4 C 3 2 3 1 8

| 11. Year 92 | 12. Make FORD | 13. Model Name EXPLOR | 14. Model # | 15. Body Style UNL | 16. Circle Colors of Vehicle  1-Black 2-Blue 3-Brown 4-Red 5-Yellow 6-Green 7-White 8-Gray 9-Purple | 17. # of Cylinders/Passengers/Doors/Wheels 6 1 5 1 4 4 |

18. Transmission: ☑Automatic ☐Manual
19. Total Gross Weight (Laden): ___
20. Motor Power: ☑Gasoline ☐Diesel ☐Propane ☐Electric ☐Conversion ☐Hybrid ☐Other
21. Bus: ☐Regular ☐DTE ☐Livery ☐Taxi ☐School Pupil
- If carrying passengers for hire. max no of passengers that can be seated: ___
- If school bus, it is used exclusively for city, town, or school district ☐Yes ☐No

### Owner Information
22. Owner #1 MA License. Use SSN if out-of-state 0 1 6 5 6 1 9 4 9
23. Owner #2 MA License. Use SSN if out-of-state
24. EIN/FID # (See block 29)

25. Owner #1 Name (Last, First, Middle) CABRERA MARISOL
26. Owner #1 Date of Birth 11-4-72

27. Owner #2 Name (Last, First, Middle)
28. Owner #2 Date of Birth

29. Corp/Co/Organization Name (see block 24)
30. City/Town Where Vehicle Is Principally Garaged:

| 31. Mailing Address 108 ___ St. | City | State | Zip Code 0 4 2 0 |
| 32. Residential Address | City | State | Zip Code |

33A. Lessee's MA License Number or EIN/FID Number. If out-of-state Lessee, use SSN and date of birth.
33B. Lessee's Name:

34. Lessee's Address, City, State, and Zip Code

### Title Data
35. Date of Purchase
36. Odometer Reading
37. ☐New Vehicle ☐Used Vehicle
38. Title Type: ☐Clear ☐Salvage ☐Reconstructed ☐Owner Retained ☐Theft ☐Prior Owner Retained
39. Primary Salvage Title Brands: ☐Repairable ☐Parts Only
40. Secondary Salvage Brand(s)

### Lienholder Information
41. Date of 1st Lien
42. Date of 2nd Lien
43. First Lienholder Code
44. Name NONE
45. Lienholder's Address
46. Second Lienholder Code
47. Name
48. Lienholder's Address

### Insurance Certification
The company signatory hereon hereby certifies that it has or will insure or guarantee performance by the applicant hereinabove named with respect to the motor vehicle hereinabove described for a period at least commensurate with that of such registration under a motor vehicle liability policy, binder or bond which conforms to the provisions of general laws. Chapter 175, Section 113A, and that the premium charge and classification on the effective date of registration are is established by the commissioner of insurance under Chapter 175. Section 113B, 113H and Chapter 175E.

49A. Policy Effective Date: 9-27-04
Policy Change Date:
49B. Manual Class: V ___
49C. Ins. Company & Code

PILGRIM INSURANCE COMPANY
New Worcester Insur ___
Agency Inc 300010
Insurance Co's Authorized Representative's Signature (Original Only)

### Signatures
I/we the applicants hereon hereby certify under the penalties of perjury that there are no outstanding excise tax liabilities on the vehicle described above that have been incurred by the applicant(s), any member of the applicant's immediate family who is a member of the applicant's household or the business partner of the applicant(s). I/we hereby further certify that all information contained in this application is true and correct to the best of my knowledge and belief. I/we understand that false statements are punishable by fine, imprisonment or both.

50. Signature of Owner From Block 25 or 29. If owner is listed in Block 29, signer must also print name.
51. Signature of 2nd Owner From Block 27.
52. Authorized Dealer's Signature
53. Dealer Reg. No.
54. Seller's Name (Please Print) Goodly L. Lincoln Jr.
55. Seller's Address

### Sales or Use Tax Schedule
56 A. SALE BY LICENSED MOTOR VEHICLE DEALER
MA DOR-Registered Dealer EIN/FID # ___
Total Sale Price (adjusted for dealer's discount and manufacturer's rebate) $ ___
Less Manufacturer's Excise $ ___
Net Sales Price $ ___
Less Trade-in Allowance For: $ ___
Yr ___ Make ___ Model ___
Trade-in VIN ___
Taxable Sales Price $ ___
5% Sales Tax $ ___
B. SALES BY OTHER THAN MOTOR VEHICLE DEALER
Gross Sales Price (Proof Required) $ ___
5% Sales/Use Tax $ ___
C. CLAIM EXEMPTION FROM TAX CODE: ___
Form Attached (if required)
Exempt Organization Certificate # ___

### Fee Information
| 57. | | Payment: |
| Reg: $ ___ | | ☐ Cash |
| Title: $ ___ | | ☐ Check |
| Tax: $ ___ | | ☐ EFT/CC |
| P&I: $ ___ | | |
| Total: $ ___ | | Clerk ID: |

58. Batch No.

59. Clerk/User Initials:

**WORK ORDER**

COMCAST
************************************
888-633-4266

| | JOB NO. | 722,021 |
|---|---|---|
| | WORK ORDER | PRINT DATE |
| 9422 | 01420455410000006 | 10/28/04 |

| ACCOUNT NUMBER | OTHER | WORK ORDER TYPE | SCHEDULED DATE | TIME | UNITS |
|---|---|---|---|---|---|
| 3773103500439096 | 778-343-0994 | CTV RECONNECT | 10/28/04 | 11-1P | 24 |

| CUSTOMER NAME AND SERVICE ADDRESS | VIP | SUB STATUS | MAP CODE | MGMT. AREA | SERV. AREA | SALES REP. | MISC. | SCHED CATO |
|---|---|---|---|---|---|---|---|---|
| ROSA, LEONARDO          500439096 | | | A10J | GN | | 13911 | | VI |
| 168 LUNENBURG ST APT 2 | REPRINT | HEAD END | DWELLING TYPE | | | TYPE HOOK-UP | | |
| FITCHBURG MA 01420-4554 | | 01 | SINGLE FAMILY | | AERIAL | | | |

| SERVICE ACTIVATION (SAS #) | LAST PAYMENT DATE | SERVICEABILITY | POLE OWNER | POLE NUMBER | BRIDGER |
|---|---|---|---|---|---|
| | 00/00/00 | R DIGI/OPENACS | MA | MA 001529 | MA 0015 29 |

| NOTES TO TECHNICIAN | DROP LOCATION | NUMBER OUTLETS |
|---|---|---|
| APT IS ON THE RIGHT USING THE BACK DOOR APT IS ON LEFT USES BACK DOOR   KNOCK HARD | UNKNOWN | 1 |

### WORK TO BE PERFORMED

| CODE | QTY. | DISCOUNT | DESCRIPTION | CHARGE |
|---|---|---|---|---|
| A | 1 | | HBO CABLE | 41.00 |
| B | 1 | | DTV BOX/REM | 5.50 |
| | 1 | Z0 | ATV AD SAME | |
| | | | DTV AD SER | |
| P2 | 1 | Z0 | DTV INST REC | |
| | 1 | | SELECTO | 6.95 |

**EQUIPMENT**
OUTLET / SERIAL NUMBER / TYPE / STATUS / SERV CODE

CI 1349 TB 8663

| CURRENT BALANCE | |
|---|---|
| | 0.00 |
| MONTHLY RATE | 0.00 |
| PAST DUE AMOUNT | 0.00 |
| CYCLE CODE / DELQ DAYS | 0.00 |
| REM STATEMENT BALANCE | 56.34 |
| DEPOSIT AMOUNT | 0.00 |
| PREVIOUS TROUBLE CALL INFORMATION | DATE / TECH / RESOLUTION CODES |

NO CPE

| | New | Replace | Existing |
|---|---|---|---|
| Drop | ✓ | | Existing ____ |
| CTV AO | New ✓ | Replace | Existing ____ |
| CHSI AO | New | Replace | Existing |
| CDP AO | New | Replace | Existing ____ |

**TROUBLE CALL REASONS**

WO RSN: CSSR SALE

TAG NO. 3980

TOTAL AMOUNT TO COLLECT  CMF #

TOTAL AMOUNT PAID

| COMPLETION | | | TROUBLE CALL RESOLUTION CODES | SIGNAL LEVELS (*REQUIRED) / PROBLEM CHANNEL | | | | |
|---|---|---|---|---|---|---|---|---|
| TECH # | START TIME | STOP TIME | | 2* | 58 | 71 | 117 | Affected Channel |
| 12 | 11:15 | 12:15 | | | | | | |

**TECHNICIAN COMMENTS**

RE CO w/ DISITV
ATV UN A10 SA

LOC

By signing below, I represent that I am at least 18 years old; I am the owner, or tenant in, the premises at the above address and that the install, repair or other work provided has been satisfactorily completed. If this order relates to the initial installation of services, I acknowledge Comcast's Welcome Kit which contains the Comcast Subscriber and the Comcast Cable Subscriber Privacy Notice and other important information about the services. I agree to be bound by the Comcast Subscriber which constitutes the agreement between Comcast and me for the other non-installation work was provided, I agree to continue the current Comcast Subscriber agreement.

CUSTOMER COPY                    CUSTOMER SIGNATURE

# Your Statement

Statement For:  **MARISOL CABRERA**
Mobile Number : **(978) 235-0853**
Account Number:  **379684972**

**T··Mobile·**

| **Important Information** |
| --- |
| Thank you for choosing T-Mobile, where you GET MORE! |

Page    1 of    55

MB 04 002122 51993 E 31 B

MARISOL CABRERA
168 LUNENBURG ST
FITCHBURG, MA 01420-4554

IIl....IIdl.I.IdIdI.IlI...I.IdIdl.I.Idl.I.I.I.I.IdI..I.IdI..II

| **Summary of Charges** | | |
| --- | --- | --- |
| Previous Balance | $ | - |
| Pmt Rec'd | $ | - |
| Monthly Service Charges | $ | 104.61 |
| **Total Amount Due** | **$** | **104.61** |
| **Total Amount Due by** | | **1/27/05** |

## Monthly Service Summary

Monthly service charges from 12/02/04 - 1/01/05

| Mobile Number | Monthly Service Charges | | Adjustments | | Usage Charges | | One Time Charges | | Other Charges | | Taxes & Surcharges | | Total Charges |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 978-235-0853 | $ | 54.81 | $ | - | $ | 40.31 | $ | - | $ | - | $ | 9.49 | $ | 104.61 |

| Available Service | | Type | WHENEVER | | | WEEKEND |
| --- | --- | --- | --- | --- | --- | --- |
| SmartAccess 3000 | Free Minutes | Minutes | 6,000 | | | |
| **Used Service** | | **Type** | **WHENEVER** | **PEAK** | **OFF PEAK** | **WEEKEND** |
| | Included Plan Minutes | Minutes | - | 1,105 | 553 | 711 |
| | My Album | Messages | 7 | - | - | - |

PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT PLEASE MAKE SURE ADDRESS SHOWS THROUGH WINDOW

**T··Mobile·**

Statement For: **MARISOL CABRERA**
Mobile Number: (978) 235-0853
Account Number: 379684972

T-MOBILE
PO BOX 790047
ST LOUIS,MO 63179-0047

IdI...IIm.IIdI.dIdI.IIdI..I..IdIdI.I.IdI.I

| Amount Due By 1/27/05 | Amount Enclosed |
| --- | --- |
| $104.61 | |

☐  To pay this invoice using your credit card - check box and complete the reverse side

☐  For EasyPay Option - check box and complete the reverse side

☐  If you have changed your address - check box and record new address on the reverse side

04037968497201270500001046190142045S4

Maribel Cabrera
168 Lunenburg St, Apt. 1r
Fitchburg, Ma 01420

5-755/T10
6450456413

170

Date

Pat to the
order of _____ $

_____ Dollars

 Sovereign Bank

sovereignbank.com

Memo _____

⑈011075150⑈ 6450456413⑈ 0170

02/01/03   TUE 15:44 FAX 15785421000   FITCHBURG POLICE DEPT

CITY OF FITCHBURG
PO BOX 203
MILFORD, MA 01757
2  747

BILL NO.   2004      36259



CABRERA, MARISOL
168 LUNENBURG ST APT 1R
FITCHBURG MA  01420-4554

---

## TAXPAYER'S COPY

### DO NOT MAIL CASH

**COLLECTOR OF TAXES**
**BRUCE RICHARDS**

THE COMMONWEALTH OF MASSACHUSETTS

**MAIL PAYMENTS TO:**
City of Fitchburg
PO Box 365
Medford, MA 02155-0004

CALENDAR YEAR  **2004**

| DATE OF ISSUE | BILL NO. |
|---|---|
| 01/21/05 | 36259 |

FOR FURTHER
INFORMATION
REGARDING THIS
NOTICE, INQUIRE OF
BOARD OF ASSESSORS

| REG NO | TAX DATE | MOD YR | MAKE | VALUATION | VEHICLE IDENTIFICATION NO. | EXCISE DUE |
|---|---|---|---|---|---|---|
| 83GS37 | 09/27 | 1992 | FORD | 1850 | 1FMDU34X2NUC32318 | 15.42 |

STATE EXCISE RATE
$25.00
PER 1000

**NOTICE OF MOTOR VEHICLE AND TRAILER EXCISE FOR THE YEAR
2004 DUE AND PAYABLE IN FULL WITHIN 30 DAYS OF ISSUE**

IF NOT PAID WHEN DUE,
SUBJECT TO PENALTIES OF
INTEREST, DEMAND
CHARGES AND FEES.
INTEREST ACCRUES ON ANY
UNPAID BALANCE UNTIL THE
DATE OF PAYMENT AT AN
ANNUAL RATE OF 12%

| | | | | | SEE REVERSE SIDE | DEMAND | |
|---|---|---|---|---|---|---|---|

2004    06

PAN    908

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

CABRERA, MARISOL
168 LUNENBURG ST APT 1R
FITCHBURG MA  01420-4554

| | |
|---|---|
| DEMAND | |
| CHARGES | |
| INTEREST | |
| **TOTAL DUE** | **15.42** |

THIS FORM APPROVED BY
THE DEPARTMENT OF
REVENUE

**OFFICE HOURS**
Monday - Friday
8:30 AM - 4:30 PM

**DATE DUE: 02/22/05**

03027000003625900000015420006040502228

---

CALENDAR YEAR  **2004**

## REMIT COPY

### DO NOT MAIL CASH

**COLLECTOR OF TAXES**
**BRUCE RICHARDS**

THE COMMONWEALTH OF MASSACHUSETTS

CABRERA, MARISOL
168 LUNENBURG ST APT 1R
FITCHBURG MA  01420-4554

| DATE OF ISSUE | BILL NO. |
|---|---|
| 01/21/05 | 36259 |

FOR FURTHER
INFORMATION
REGARDING THIS
NOTICE, INQUIRE OF
BOARD OF ASSESSORS

| REG NO | TAX DATE | MOD YR | MAKE | VALUATION | VEHICLE IDENTIFICATION NO. | EXCISE DUE |
|---|---|---|---|---|---|---|
| 83GS37 | 09/27 | 1992 | FORD | 1850 | 1FMDU34X2NUC32318 | 15.42 |

STATE EXCISE RATE
$25.00
PER 1000

**NOTICE OF MOTOR VEHICLE AND TRAILER EXCISE FOR THE YEAR
2004 DUE AND PAYABLE IN FULL WITHIN 30 DAYS OF ISSUE**

IF NOT PAID WHEN DUE,
SUBJECT TO PENALTIES OF
INTEREST, DEMAND
CHARGES AND FEES.
INTEREST ACCRUES ON ANY
UNPAID BALANCE UNTIL
DATE OF PAYMENT AT AN
ANNUAL RATE OF 12%

2004    06

PAN    908

MAIL TO:
**CITY OF FITCHBURG**
PO Box 356
Medford, MA 02155-0004

| | |
|---|---|
| DEMAND | |
| CHARGES | |
| INTEREST | |
| **TOTAL DUE** | **15.42** |

THIS FORM APPROVED BY
THE DEPARTMENT OF
REVENUE

**OFFICE HOURS**
Monday - Friday
8:30 AM - 4:30 PM

**DATE DUE: 02/22**

03027000003625900000015420006040502228

# COVERAGE SELECTIONS PAGE

DATE OF ISSUE 12/13/04

This page and any attached endorsements form a part of your policy
This Policy is Issued By: **PILGRIM INSURANCE COMPANY**

3800101

**POLICY CANCELLED**
**CANCELLATION EFFECTIVE 12/13/2004**

**ITEM 1.** This Policy is Issued To:
MARISOL CABRERA
168 LUNENBURG ST
FITCHBURG MA    01420-4554

Massachusetts Personal Automobile
Policy Number UMA 1978809    M
Agent NEW WORCESTER INSURANCE AGENCY
(978) 342-6600
423 MAIN STREET
FITCHBURG MA    01420

**ITEM 2.** This policy is effective from: SEP. 27, 2004    To: SEP. 27, 2005    12:01 A.M. (Eastern Standard Time)

**ITEM 3.** Description of your Auto:    DIRECT BILLED

| Auto | 1 92 FORD EXPLORER | 1FMDU34X2NUC32318 | Auto |
|---|---|---|---|

**ITEM 4.** This policy provides only the coverages for which a premium is shown. SEE BELOW AND OTHER SIDE FOR DISCOUNTS

| COVERAGES, Parts 1-12 | AUTO 1 LIMITS | DEDUCTIBLE | PREMIUM ANNUAL | ADJUSTED | AUTO LIMITS | DEDUCTIBLE | PREMIUM ANNUAL | ADJUSTED |
|---|---|---|---|---|---|---|---|---|
| **COMPULSORY INSURANCE** | | | | | | | | |
| 1 Bodily Injury To Others | $ 20,000 per person / $ 40,000 per accident | NONE | $460 | -363 | $ per person / $ per accident | NONE | | |
| 2 Personal Injury Protection | $ 8,000 per person | NONE ☐ For yourself ☐ yourself and household members | $190 | -150 | $ per person | ☐ For yourself ☐ yourself and household members | | |
| 3 Bodily Injury Caused By An Uninsured Auto (Compulsory Limits $20,000/$40,000) | $ 20,000 per person / $ 40,000 per accident | NONE | $24 | -19 | $ per person / $ per accident | NONE | | |
| 4 Damage To Someone Else's Property (Compulsory Limit $5,000) | $ 100,000 per accident | NONE | $509 | -402 | $ per accident | NONE | | |
| **OPTIONAL INSURANCE** SEE OTHER SIDE FOR INFORMATION ON PART 5 AND PART 12 LIMITS | | | | | | | | |
| 5 Optional Bodily Injury To Others | $ 20,000 per person / $ 40,000 per accident | NONE | $60 | -47 | $ per person / $ per accident | NONE | | |
| 6 Medical Payments | $ per person | NONE | | | $ per person | NONE | | |
| 7 Collision | Actual Cash Value | | | | Actual Cash Value | | | |
| 8 Limited Collision | Actual Cash Value | | | | Actual Cash Value | | | |
| 9 Comprehensive | Actual Cash Value | | | | Actual Cash Value | | | |
| 10 Substitute Transportation | Up to $ maximum $ | a day. | NONE | | Up to $ maximum $ | a day. | NONE | |
| 11 Towing And Labor | Up to $ for each disablement | | NONE | | Up to $ for each disablement | | NONE | |
| 12 Bodily Injury Caused By An Underinsured Auto | $ 20,000 per person / $ 40,000 per accident | NONE | $0 | | $ per person / $ per accident | NONE | | |
| SEE MESSAGE ON BACK SAFE DRIVER INSURANCE PLAN | CREDIT-STEP 15 | | $0 | | CREDIT-STEP | | | |
| | SURCHARGE-STEP | | | | SURCHARGE-STEP | | | |
| | TOTAL PREMIUM FOR AUTO | | $1243 | -981 | TOTAL PREMIUM FOR AUTO | | | |

**DISCOUNTS**

| | | | | | | | | | TOTAL PREMIUM | $981 RETURN |
|---|---|---|---|---|---|---|---|---|---|---|
| Annual Mileage | Auto 1 | NO | Auto | Passive Restraint | Auto 1 | NO | Auto | | | |
| Multi-car | Auto 1 | NO | Auto | Age 65 and older | Auto 1 | NO | Auto | | | |
| Anti Theft | Auto 1 | NO | Auto | Deviation | Auto 1 | NO | Auto | | | |

**ITEM 5.** Place of Principal Garaging    ITEM 6. Secured Lender/Lessor-Additional Insured, if Rented Auto

AUTO 1 FITCHBURG

**AUTO**

**DRIVER INFORMATION—CHECK CAREFULLY THAT ALL OPERATORS OF YOUR AUTO(S) ARE SHOWN BELOW**

| Oper. No. | OPERATOR NAME | D=Deferred | DATE OF BIRTH Mo. Day Yr. | LICENSE NUMBER | Lic. State | Date First Licensed Mo. Day Yr. | Driver Train Y-N | Operator Status E=Excluded P=Principal O=Occasional Veh Veh Veh V |
|---|---|---|---|---|---|---|---|---|
| 1 | MARISOL CABRERA | | 11/04/72 | 016561949 | MA | 10/13/00 | N | P |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

REFER TO OTHER SIDE FOR ADDITIONAL INFORMATION

INSURED CO



| C M | CABRERA, MARISOL | |
|---|---|---|
| Arrest# 05-2499-AR | | Arrested: 01/25/2005 |
| Address: 168 LUNENBURG ST 1 FITCHBURG, MA 01420 | | |
| DOB: 11/04/1972 | SSN: 016541949 | |

**PERSONAL PROPERTY**

WATCH
CIGARETTES
TWO RINGS
SCRUNGY
THREE BRACELETS
EAR RINGS

Fitchburg Police Department

MARISOL CABRERA

HOB LUNENBURG ST

FITCHBURG MA 01420

SOCIAL SECURITY NUMBER: 11/4/72 DATE OF BIRTH

SURETY'S NAME AND ADDRESS

☐ PERSONAL RECOGNIZANCE (Promise to appear)

☐ BAIL
☐ CASH SURETY      $
☐ BOND SURETY     $
☐ OTHER SURETY   $
(Please Specify)

ARREST ON WARRANT
☐ YES
☐ NO

OFFENSE(S)

*TRESPASS*

DATE AND TIME OF APPEARANCE
1/26/05 AT 8:30 ☐ A.M. ☐ P.M.
DATE            TIME

I, as defendant, charged by complaint with the crime(s) listed above, understand that I am being released from custody according to the terms of release specified. I will personally appear before the above named court at the date and time indicated, and I will appear for any continuance until the final decree, sentence or order, and I will abide by it and not depart without leave. Further, I will appear before any court to which the charges may be transferred or appealed, or to any sitting of the Superior Court to which I may be bound over or indicted to answer to any indictment, and I will appear for any continuance until the final decree, sentence or order, and I will abide by it and not depart without leave.

I understand and acknowledge that if I fail without sufficient excuse to appear in accordance with the foregoing promise, I will be liable, jointly and severally if a surety has been required, to the Commonwealth of Massachusetts for the dollar amount specified in the terms of release.

SIGNED (DEFENDANT)   X _____   DATE 1/25/05

I, a surety, understand and acknowledge that if the above named defendant fails to appear and abide by all orders of the court according to the foregoing promise, I will be liable, jointly and severally, with the defendant to the Commonwealth of Massachusetts for the dollar amount specified in the terms of release.

SIGNED (SURETY)   X

SIGNED (SURETY)   X

SIGNED (PERSON AUTHORIZED TO TAKE BAIL)
X _____

☐ Clerk–Magistrate
☐ Assistant Clerk
☐ Bail Commissioner

Subscribed and sworn to before me, the defendant having been furnished a copy of this recognizance.

A. RELEASE AUTHORIZED FROM
FPD

B. JURISDICTION OF MAGISTRATE
(Complete when appearance is being required outside of your jurisdiction)

BAIL FEE RECEIVED
$ 40

DATE AND TIME SIGNED
1/25/05  8:30 ☐ A ☐ P

## NOTICE TO DEFENDANT

### Penalty for failure to appear in court after release on bail or recognizance

A defendant who fails without sufficient excuse to appear in court after release on bail or recognizance may be punished by a fine of $10,000 or by imprisonment for a year, or both, in the case of a misdemeanor, and by a fine of $50,000 or imprisonment for five years, or both, in the case of a felony.

### Penalty for committing a crime while on release on bail or recognizance

A defendant who is charged with another crime while on release on bail or recognizance may have the terms of this release revoked, and the defendant may be held without bail for a period not to exceed 60 days.

RECEIPT-RECORD OF PAYMENT OF CASH BAIL   ☐ NOT APPLICABLE

| DATE | RECEIVED FROM SURETY (NAME AND ADDRESS) | DEFENDANT | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  | CASE NUMBER | COURT (DISTRICT COURT) |

RECEIVED BY

DC-CR-6 (6/05)
SC-1

DEFENDANT'S COPY

%JS 44   (Rev. 11/04)

# CIVIL COVER SHEET

# 05-40031

he JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided
y local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating
e civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| **. (a)   PLAINTIFFS**<br>MARISOL CABRERA | **DEFENDANTS**<br>SGT. JOAQUIN KILSON, and the FITCHBURG POLICE DEPARTMENT, and R. PHILIP RIVERS and RICHARD HAJJAR |
|---|---|
| **(b)**   County of Residence of First Listed Plaintiff   Worcester<br>(EXCEPT IN U.S. PLAINTIFF CASES) | County of Residence of First Listed Defendant   Worcester<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE<br>LAND INVOLVED. |
| **(c)**   Attorney's (Firm Name, Address, and Telephone Number)<br>John Bosk, Esquire, PO Box 486, Fitchburg, MA 01420. | Attorneys (If Known)<br>Stephen C. Pfaff, Esquire, MERRICK, LOUISON & COSTELLO, LLP, 67 Batterymarch Street, Boston, MA 02110 |

## I. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

❒ 1   U.S. Government
       Plaintiff

❒ 3   Federal Question
       (U.S. Government Not a Party)

❒ 2   U.S. Government
       Defendant

❒ 4   Diversity
       (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                          and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❒ 1 | ❒ 1 | Incorporated or Principal Place<br>of Business In This State | ❒ 4 | ❒ 4 |
| Citizen of Another State | ❒ 2 | ❒ 2 | Incorporated and Principal Place<br>of Business In Another State | ❒ 5 | ❒ 5 |
| Citizen or Subject of a<br>Foreign Country | ❒ 3 | ❒ 3 | Foreign Nation | ❒ 6 | ❒ 6 |

## V. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❒ 110 Insurance<br>❒ 120 Marine<br>❒ 130 Miller Act<br>❒ 140 Negotiable Instrument<br>❒ 150 Recovery of Overpayment<br>& Enforcement of Judgment<br>❒ 151 Medicare Act<br>❒ 152 Recovery of Defaulted<br>Student Loans<br>(Excl. Veterans)<br>❒ 153 Recovery of Overpayment<br>of Veteran's Benefits<br>❒ 160 Stockholders' Suits<br>❒ 190 Other Contract<br>❒ 195 Contract Product Liability<br>❒ 196 Franchise | **PERSONAL INJURY**<br>❒ 310 Airplane<br>❒ 315 Airplane Product<br>Liability<br>❒ 320 Assault, Libel &<br>Slander<br>❒ 330 Federal Employers'<br>Liability<br>❒ 340 Marine<br>❒ 345 Marine Product<br>Liability<br>❒ 350 Motor Vehicle<br>❒ 355 Motor Vehicle<br>Product Liability<br>❒ 360 Other Personal<br>Injury | **PERSONAL INJURY**<br>❒ 362 Personal Injury -<br>Med. Malpractice<br>❒ 365 Personal Injury -<br>Product Liability<br>❒ 368 Asbestos Personal<br>Injury Product<br>Liability<br>**PERSONAL PROPERTY**<br>❒ 370 Other Fraud<br>❒ 371 Truth in Lending<br>❒ 380 Other Personal<br>Property Damage<br>❒ 385 Property Damage<br>Product Liability | ❒ 610 Agriculture<br>❒ 620 Other Food & Drug<br>❒ 625 Drug Related Seizure<br>of Property 21 USC 881<br>❒ 630 Liquor Laws<br>❒ 640 R.R. & Truck<br>❒ 650 Airline Regs.<br>❒ 660 Occupational<br>Safety/Health<br>❒ 690 Other<br>**LABOR**<br>❒ 710 Fair Labor Standards<br>Act<br>❒ 720 Labor/Mgmt. Relations<br>❒ 730 Labor/Mgmt.Reporting<br>& Disclosure Act<br>❒ 740 Railway Labor Act | ❒ 422 Appeal 28 USC 158<br>❒ 423 Withdrawal<br>28 USC 157<br>**PROPERTY RIGHTS**<br>❒ 820 Copyrights<br>❒ 830 Patent<br>❒ 840 Trademark<br>**SOCIAL SECURITY**<br>❒ 861 HIA (1395ff)<br>❒ 862 Black Lung (923)<br>❒ 863 DIWC/DIWW (405(g))<br>❒ 864 SSID Title XVI<br>❒ 865 RSI (405(g)) | ❒ 400 State Reapportionment<br>❒ 410 Antitrust<br>❒ 430 Banks and Banking<br>❒ 450 Commerce<br>❒ 460 Deportation<br>❒ 470 Racketeer Influenced and<br>Corrupt Organizations<br>❒ 480 Consumer Credit<br>❒ 490 Cable/Sat TV<br>❒ 810 Selective Service<br>❒ 850 Securities/Commodities/<br>Exchange<br>❒ 875 Customer Challenge<br>12 USC 3410<br>❒ 890 Other Statutory Actions<br>❒ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❒ 790 Other Labor Litigation<br>❒ 791 Empl. Ret. Inc.<br>Security Act | **FEDERAL TAX SUITS** | ❒ 892 Economic Stabilization Act<br>❒ 893 Environmental Matters |
| ❒ 210 Land Condemnation<br>❒ 220 Foreclosure<br>❒ 230 Rent Lease & Ejectment<br>❒ 240 Torts to Land<br>❒ 245 Tort Product Liability<br>❒ 290 All Other Real Property | ❒ 441 Voting<br>❒ 442 Employment<br>❒ 443 Housing/<br>Accommodations<br>❒ 444 Welfare<br>❒ 445 Amer. w/Disabilities -<br>Employment<br>❒ 446 Amer. w/Disabilities -<br>Other<br>❒ 440 Other Civil Rights | ❒ 510 Motions to Vacate<br>Sentence<br>**Habeas Corpus:**<br>❒ 530 General<br>❒ 535 Death Penalty<br>❒ 540 Mandamus & Other<br>❒ 550 Civil Rights<br>❒ 555 Prison Condition | | ❒ 870 Taxes (U.S. Plaintiff<br>or Defendant)<br>❒ 871 IRS—Third Party<br>26 USC 7609 | ❒ 894 Energy Allocation Act<br>❒ 895 Freedom of Information<br>Act<br>❒ 900Appeal of Fee Determinatio<br>Under Equal Access<br>to Justice<br>❒ 950 Constitutionality of<br>State Statutes |

## . ORIGIN   (Place an "X" in One Box Only)

❒ 1   Original
       Proceeding

❒ 2   Removed from
       State Court

❒ 3   Remanded from
       Appellate Court

❒ 4   Reinstated or
       Reopened

❒ 5   Transferred from
       another district
       (specify)

❒ 6   Multidistrict
       Litigation

❒ 7   Appeal to District
       Judge from
       Magistrate
       Judgment

| **I. CAUSE OF ACTION** | Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):<br>42 USC Section 1983<br>Brief description of cause: |
|---|---|

| **II. REQUESTED IN<br>COMPLAINT:** | ❒ CHECK IF THIS IS A CLASS ACTION<br>UNDER F.R.C.P. 23 | **DEMAND $** | CHECK YES only if demanded in complaint:<br>**JURY DEMAND:**   ❒ Yes   ❒ No |
|---|---|---|---|

| **III. RELATED CASE(S)<br>IF ANY** | (See instructions):   JUDGE | DOCKET NUMBER |
|---|---|---|

ATE                                                SIGNATURE OF ATTORNEY OF RECORD

**OR OFFICE USE ONLY**

RECEIPT #          AMOUNT              APPLYING IFP              JUDGE              MAG. JUDGE

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required y law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use f the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint iled. The attorney filing a case should complete the form as follows:

.      **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only he full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving oth name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time f filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, he county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting n this section "(see attachment)".

**II.      Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one f the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

nited States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

nited States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

ederal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the onstitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box or 2 should be marked.

iversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the ifferent parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**II.      Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section or each principal party.

**V.      Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient o enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select he most definitive.

.      **Origin.** Place an "X" in one of the seven boxes.

riginal Proceedings. (1) Cases which originate in the United States district courts.

emoved from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition or removal is granted, check this box.

emanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

einstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

ransferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict itigation transfers.

ultidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box s checked, do not check (5) above.

ppeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**I.      Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes nless diversity.**            Example:            U.S. Civil Statute: <u>47 USC 553</u>
Brief Description: <u>Unauthorized reception of cable service</u>

**II.      Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

emand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

ury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**III.      Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers nd the corresponding judge names for such cases.

**ate and Attorney Signature.** Date and sign the civil cover sheet.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) Marisol Cabrera v. Sgt. Joaquin Kilson, et al

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

| | | |
|---|---|---|
| ☐ | I. | 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT. |
| ☑ | II. | 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950. |
| ☐ | III. | 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891. |
| ☐ | IV. | 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900. |
| ☐ | V. | 150, 152, 153. |

*Also complete AO 120 or AO 121 for patent, trademark or copyright cases

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

N/A

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

YES ☐    NO ☑

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

YES ☐    NO ☑

If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

YES ☐    NO ☑

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

YES ☐    NO ☐

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

YES ☑    NO ☐

A. If yes, in which division do all of the non-governmental parties reside?

Eastern Division ☐    Central Division ☑    Western Division ☐

B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

Eastern Division ☐    Central Division ☐    Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

YES ☐    NO ☑

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME Stephen C. Pfaff, Esquire, MERRICK, LOUISON & COSTELLO, LLP

ADDRESS 67 Batterymarch Street, Boston, MA 02110

TELEPHONE NO. 617-439-0305

(Coversheetlocal.wpd - 10/17/02)