UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

CIVIL ACTION NO. 05-40031-FDS

| | |
|---|---|
| MARISOL CABRERA,<br>      Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| SGT. JOAQUIN KILSON, and the<br>FITCHBURG POLICE DEPARTMENT and<br>MR. PHILIP RIVERS and RICHARD HAJJAR,<br>      Defendants | )<br>)<br>)<br>) |

### NOTICE OF APPEARANCE

Please enter my appearance on behalf of the defendant, FITCHBURG POLICE DEPARTMENT, in the above-captioned case.

THE DEFENDANT
FITCHBURG POLICE DEPARTMENT

By  */s/ Nancy Frankel Pelletier*
Nancy Frankel Pelletier, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.:  5444002

### CERTIFICATE OF SERVICE

I, Nancy Frankel Pelletier, Esq., hereby certify that on this 24th day of February, 2005, I served a copy of the above upon the parties in the action by mailing, postage prepaid, to counsel, John Bosk, Esq., P.O. Box 486, Fitchburg, MA  01420; Douglas I. Louison, Esq. and Stephen C. Pfaff, Esq., Merrick, Louison & Costello, 67 Batterymarch Street, Boston, MA  02110; and George Watts, Esq., 16 Prichard Street, P.O. Box 7661, Fitchburg, MA  01420.

Subscribed under the penalties of perjury.

  */s/ Nancy Frankel Pelletier*
Nancy Frankel Pelletier, Esq.

392885