UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. 05-40031

MARISOL CABRERA ,                )
            Plaintiff            )
                                 )
v                                )
                                 )
SGT. JOAQUIN KILSON, and the     )
FITCHBURG POLICE DEPT.,and       )
MR. PHILLIP RIVERS and           )
RICHARD HAJJAR,                  )
            Defendants           )

**PLAINTIFF'S
MOTION FOR REMAND**

1. The above-captioned action was filed in the Worcester Superior Court on January 28, 2005.

2. The defendants were served a short order of notice on January 29th.

3. The next day, the Fitchburg Police arrested the Plaintiff <u>again</u>.

4. The Plaintiff is now in state custody held without bail.

5. The Plaintiff argues that this case is essentially a wrongful eviction action under State laws and the Federal Court lacks subject matter jurisdiction.

6. The Plaintiff argues that remand pursuant of 28 U.S.C. 1443 is discretionary and not mandatory where an adequate remedy of law exists in state court and there has been no allegation by the plaintiff that relief is not available through state court.

7. The Plaintiff did not allege Federal claims pursuant to 42 USC 1983 but raised her claims and requested an injunction pursuant to Mass. Civil Rights Act, MGL c.12:11 sec H,I,J.

8. An temporary injunction was granted on February 1, 2005 by Judge Peter Agnes of the Superior Court, a copy of which is attached.

2

9. Aside from the lack of subject matter jurisdiction and discretionary function of this Court, the Plaintiff alleges that proceedings have already begun in State court and the Federal Court would be a forum non conveniens for her as she is currently in State custody and has proceeded in formera pauperis.

WHEREFORE, THE PLAINTIFF PRAYS THIS COURT REMAND THE CASE TO THE WORCESTER SUPERIOR COURT, AND GRANT THE PLAINTIFF REASONABLE ATTORNEY COSTS AND FEES ASSOCIATED WITH THIS REMOVAL.

February 25, 2005

Respectfully submitted
Marisol Cabrera
by her counsel,

_____
John Bosk
PO 486
Fitchburg, Mass. 01420
978 342 4500
BBO# 559224

### CERTIFICATE OF SERVICE

I, John Bosk, hereby certify that on this 25th day of February, 2005, I served the foregoing by causing a copy to be mailed, first class postage prepaid, to Att. Stephen Pfaff, 67 Batterymarch St., Boston, Mass., 02110; Att. Nancy Pelletier, PO 15609, Springfield, Mass. 01115; and Att. George Watts, PO 7661, Fitchburg, Mass. 01420

_____
John Bosk

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS                                          SUPERIOR COURT
                                                       CA#05- 156

MARISOL CABRERA            )
            Plaintiff      )
                           )
v                          )
                           )
SGT. JOAQUIN KILSON and    )
the FITCHBURG POLICE DEPT. )
and                        )
PHILLIP RIVERS             )
& RICHARD HAJJAR,          )
            Defendants     )


PRELIMINARY INJUNCTION

AFTER A HEARING AT WHICH THE DEFENDANT LANDLORD(S) PHILLIP RIVERS AND RICHARD HAJJAR HAD NOTICE AND FAILED TO APPEAR, IT IS HEREBY ORDERED THAT THE DEFENDANT LANDLORDS ARE HEREBY ENJOINED AND ESTOPPED, FORTHWITH, FROM INTERFERING WITH THE TENANCY OF THE PLAINTIFF, MARISOL CABRERA, ENTERING HER PREMISES WITHOUT A COURT ORDER and NOTICE, VIOLATING HER RIGHTS, OR SEIZING, MOVING OR RESTRAINING HER PROPERTY, WITHOUT A VALID COURT ORDER and NOTICE.

HER COUNSEL, ATTORNEY JOHN BOSK, IS HEREBY AUTORIZED TO ACT IN HER STEAD AS HER ATTORNEY-IN-FACT FOR THIS ACTION.

THIS ORDER SHALL EXPIRE ON FEBRUARY 7 AT 2:00 PM WITHOUT FURTHER NOTICE TO THE PARTIES.

FEBRUARY 1, 2005                    _____
                                    Hon. Peter Agnes, Justice
                                    Superior Court

A true copy by photostatic process
Attest: _____
        Ass't Clerk