UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

CIVIL ACTION NO. 05-40031-FDS

| | |
|---|---|
| MARISOL CABRERA,  )  <br> Plaintiff  )  <br>  )  <br>  )  <br> vs.  )  <br>  )  <br> SGT. JOAQUIN KILSON, and the  )  <br> FITCHBURG POLICE DEPARTMENT and  )  <br> MR. PHILIP RIVERS and RICHARD HAJJAR,  )  <br> Defendants  ) | APPEARANCE |

Kindly enter my appearance on behalf of the Defendants, Philip Rivers and Richard Hajjar.

George E. Watts, Esq.
169 Prichard Street
P. O. Box 7661
Fitchburg, MA  01420
(978) 342-7036
BBO# 517960

Dated: March 2, 2005

Misctdoc/Rivers Appearance