UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-40031-FDS

| | |
|---|---|
| MARISOL CABRERA, | ) |
|     Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| SGT. JOAQUIN KILSON, and the | ) |
| FITCHBURG POLICE DEPARTMENT and | ) |
| MR. PHILIP RIVERS and RICHARD HAJJAR, | ) |
|     Defendants | ) |

## DEFENDANT, "FITCHBURG POLICE DEPARTMENT'S", OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND

NOW COMES the defendant, "Fitchburg Police Department", and opposes the Plaintiff's

Motion for Remand in the above-captioned matter. As grounds therefor and in support thereof,

the defendant states that, contrary to the allegations in the motion, the complaint quite clearly

alleges violations of her federal civil rights, including but not limited to, the right to equal

protection of the law; right to procedural and substantive due process; right to be free from false

arrest; false imprisonment; and right to be free from warrantless entry and arrest.

Should the plaintiff wish to stipulate that she is not alleging any cause of action other than

wrongful eviction and claims pursuant to M.G.L. c. 12, § 11, the defendant would consider

withdrawing its opposition. Under no circumstances, however, should the plaintiff be awarded

attorney's fees and costs in connection with the filing of any pleading in this case particularly in

light of the frivolous nature thereof.

THE DEFENDANT
FITCHBURG POLICE DEPARTMENT

By    */s/ Nancy Frankel Pelletier*
Nancy Frankel Pelletier, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.:  5444002

## CERTIFICATE OF SERVICE

I, Nancy Frankel Pelletier, Esq., hereby certify that on this 3rd day of March, 2005, I served a copy of the above upon the parties in the action by mailing, postage prepaid, to counsel, John Bosk, Esq., P.O. Box 486, Fitchburg, MA  01420; Stephen C. Pfaff, Esq., Merrick, Louison & Costello, 67 Batterymarch Street, Boston, MA  02110; and George Watts, Esq., 16 Prichard Street, P.O. Box 7661, Fitchburg, MA  01420.

Subscribed under the penalties of perjury.

       */s/ Nancy Frankel Pelletier*
Nancy Frankel Pelletier, Esq.

393305