UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

CIVIL ACTION NO. 05-40031-FDS

| | |
|---|---|
| MARISOL CABRERA,<br>    Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| SGT. JOAQUIN KILSON, and the<br>FITCHBURG POLICE DEPARTMENT and<br>MR. PHILIP RIVERS and RICHARD HAJJAR,<br>    Defendants | )<br>)<br>)<br>) |

## DEFENDANT, FITCHBURG POLICE DEPARTMENT'S
## BUDGET 16.1 CERTIFICATION

We, the undersigned, hereby certify and affirm that we have conferred regarding a budget for the cost of conducting the full course of litigation as well as various alternative courses, including the resolution of litigation through the use of alternative dispute resolution.

By: _____
Maureen MacDonald
Authorized Representative of
Massachusetts Interlocal Insurance
Association
12 Gill Street, Suite 5500
P. O. Box 4043
Woburn, MA 01888-4043

By: _____
Nancy Frankel Pelletier, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, MA 01115
Phone (413) 732-2301
Fax (413) 785-4658
BBO # 544402

DATED: March 2, 2005

393348