UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARISOL CABRERA,      )<br>)<br>Plaintiff,      )<br>)<br>v.      )<br>)<br>SGT. JOAQUIN KILSON, FITCHBURG )<br>POLICE DEPARTMENT, PHILIP RIVERS, )<br>and RICHARD HAJJAR,      )<br>)<br>Defendants.      )<br>) | Civil Action No.<br>05-40031-FDS |

**MEMORANDUM AND ORDER ON MOTION TO REMAND**

**SAYLOR, J.**

This matter involves a claim that defendants wrongfully evicted plaintiff Marisol Cabrera and violated her civil rights. Plaintiff originally filed suit on January 31, 2005, in Worcester Superior Court. Among other things, the complaint alleges that defendants violated her rights to equal protection of the law; to procedural and substantive due process; and to be free from warrantless entry and arrest. The complaint does not, however, specify whether those claims arise under the state or federal constitutions, or both, and does not make express reference to any federal statute or right of action.

On February 15, defendants removed the action to this Court on grounds that the complaint stated a federal civil rights claim under 42 U.S.C. § 1983. Ten days later, plaintiff filed a motion to remand, in which she indicated that "she did not allege Federal claims pursuant to 42 USC 1983 but raised her claims pursuant to Mass. Civil Rights Act, MGL c. 12:11 sec H, I, J [*sic*]." Motion to Remand, ¶ 7. Defendant Fitchburg Police Department opposed that motion,

but stated that it "would consider withdrawing its opposition . . . [s]hould the plaintiff wish to stipulate that she is not alleging" any federal causes of action. Opposition Memorandum at 1.

Plaintiff's counsel has since orally stipulated to the Court that plaintiff intends to assert only state-law claims. Based on that stipulation, the Fitchburg Police Department has assented to the remand of this action.

Accordingly, with the consent of the parties, and because it is clear that the Court lacks subject matter jurisdiction over the complaint, it is hereby ORDERED that this matter be remanded to the Worcester Superior Court pursuant to 28 U.S.C. § 1447(c).

**So Ordered.**

/s/ F. Dennis Saylor  
F. Dennis Saylor IV  
United States District Judge

Dated:  May 2, 2005