UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA<br><br>v.<br><br>VALDINA ARIES SANTOS,<br><br>Defendant. | Criminal No.<br>04-40031-FDS |

## ORDER OF STIPULATED JUDICIAL REMOVAL

**SAYLOR, J.**

Pursuant to the authority created by section 374(a)(3) of the Illegal Immigrant Reform and Immigrant Responsibility Act of 1996, Pub. L. 104-208, 110 Stat. 3009 (September 30, 1996), codified at Title 8, United States Code, Section 1228(c)(5), and upon the parties' agreement to the entry of a stipulated judicial order of removal, it is hereby ordered that the defendant, VALDINA ARIES SANTOS, an alien removable under 8 U.S.C. § 1227(a)(1)(B), upon conviction and after release from any period of incarceration, be taken into custody by the United States Bureau of Immigration and Customs Enforcement and removed to the Brazil or to any other country as prescribed by the immigration laws of the United States of America.

**So Ordered.**

*/s/ F. Dennis Saylor IV*
F. Dennis Saylor IV
United States District Judge

Dated: May 2, 2005